**No. 10-7294. Johnnie Joe Longs, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9137.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 613 F.3d 1174.